O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMPTON, <br><br> Plaintiff, <br><br> v. <br><br> M. HA, et al., <br><br> Defendants. | Case No. CV 16-5542-DDP (SP) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss (docket no. 51) is granted, and Judgment will be entered dismissing the First Amended Complaint and this action with prejudice and without leave to amend.

DATED: August 27, 2024

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE