JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMPTON,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>M. HA, et al.,<br><br>　　　　Defendants. | Case No. CV 16-5542-DDP (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice and without leave to amend.

Dated: August 27, 2024

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE